[No. 4776-1.   Division One.   January 17, 1977.]

*In the Matter of the Welfare of* KIMBERLY CAROL GOSBY, ET AL.

Certiorari to review judgments of the Superior Court for King County, Nos. J-51049, J-68876, J-68877, Solie M. Rin-

gold, J., entered May 18, 1976. *Dismissed* by unpublished per curiam opinion.